IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD LAMOUREX,

Plaintiff,

v.                                                          Case No. 2:23-cv-00725-JES-KCD

HAMPTON MANOR OF
PUNTA GORDA LCC, a Florida Limited
Liability Company,

Defendant.
_____/

### DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES

Defendant, HAMPTON MANOR OF PUNTA GORDA, LLC, by and through undersigned council, make the following disclosures in accordance with Rule 26(a)(1)(A), Federal Rules of Civil Procedure.

**A. Rule 26(a)(1)(A)(i), Federal Rules of Civil Procedure, requires the disclosure of the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subject of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment. Defendants have conducted a reasonable inquiry required by Rule 26(g) and, to the best of Defendants' knowledge, information and belief, this disclosure is complete and correct at this time. However, Defendants reserve the right to supplement this list upon discovery of additional information that may be relevant to this action:**

1. The following persons may have knowledge of the allegations and/or underlying facts of this lawsuit:

Plaintiff, Richard Lamourex
c/o Jason L. Gunter
and Conor P. Foley
GunterFirm
2165 W. First St., #104
Fort Myers, FL 33901
Phone: 239-334-7017

Shahid Imran
c/o Lauren Strickland
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Phone: 850-877-7776

Angela Taylor
c/o Lauren Strickland
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Phone: 850-877-7776

Ashley Garza
c/o Lauren Strickland
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Phone: 850-877-7776

Jessica Denlinger
c/o Lauren Strickland
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Phone: 850-877-7776

J. Bell
c/o Lauren Strickland
Howell, Buchan & Strong
2898-6 Mahan Drive

Tallahassee, Florida 32308
Phone: 850-877-7776

Any and all witnesses listed on Plaintiff's Rule 26 Disclosures

**B. Rule 26(a)(1)(A)(ii), Federal Rules of Civil Procedures, requires disclosure of a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims or defenses, unless the use would be solely for impeachment. Defendants reserve the right to supplement this list as additional information becomes available. Defendants performed a good faith examination of its claims and defenses, and of all documents in Defendants' possession, and makes the following disclosure of documents that may be relevant.**

Plaintiff's payroll records
GUNTERFIRM
2165 W. First St., #104
Ft. Myers, FL 33901
Phone: 239-334-7017

Record of hours Plaintiff worked
GUNTERFIRM
2165 W. First St., #104
Ft. Myers, FL 33901
Phone: 239-334-7017

Plaintiff's Job Description
c/o Lauren Strickland
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Phone: 850-877-7776

Plaintiff's Job Application
c/o Lauren Strickland
Howell, Buchan & Strong
2898-6 Mahan Drive

    Tallahassee, Florida 32308
    Phone: 850-877-7776

    Respectfully submitted,

    */s/ Lauren F. Strickland*
    Lauren F. Strickland
    Florida Bar No. 0070781
    Howell, Buchan & Strong
    2898-6 Mahan Drive
    Tallahassee, Florida 32308
    (850) 877-7776
    Lauren@jsh-pa.com
    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing has been served on all counsel of record by CM/ECF on April 4, 2024.

    */s/ Lauren F. Strickland*
    Lauren F. Strickland